IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Wendy Davis,

           Plaintiff,           Case No. 3:22-cv-301

    -vs-

                                                             <u>CASE MANAGEMENT
CONFERENCE ORDER</u>

University of Toledo,

           Defendant.

1.     The case management conference was conducted on May 3, 2023

2.     After consultation with the parties and counsel, the Court determined that this case will proceed on the standard track.

3.     Deadline for amending pleadings and adding parties: May 5, 2023

4.     Discovery:

        a.     Rule 26(a) disclosures: completed

        b.     Fact Discovery: September 1, 2023

        c.     Expert discovery: None anticipated

5.     Telephone status hearing: August 23, 2023, at 11:30 a.m.  Counsel to call the Court's bridge line, at 877-411-9748, access code 1231873, to participate in that conference.

6.     Discovery disputes:  No motion relating to discovery may be filed unless the parties, as required by Local Rule 37.1, have undertaken in good faith to resolve discovery disputes.  If counsel cannot resolve a discovery dispute despite their good faith efforts, they should email me a joint letter

(Helmick_Chambers@ohnd.uscourts.gov) summarizing the nature of the dispute and the efforts to resolve it.  After I review the submission, my chambers will contact counsel regarding next steps toward resolution.

7. Inadvertent Disclosure:  Pursuant to Evidence Rule 502(d), an inadvertent disclosure of a communication or information covered by the attorney-client privilege or work-product protection made in connection with this litigation shall not constitute a waiver of that privilege or protection in this or any other federal or state proceeding.

8. The parties do not anticipate conducting discovery of electronically-stored information.

9. Without leave of Court, no discovery material shall be filed, except as necessary to support dispositive motions.

10. Dispositive motions:  To be determined

11. Initial settlement conference or mediation:  To be determined

IT IS SO ORDERED.

   s/ Jeffrey J. Helmick
United States District Judge