UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Wendy F. Davis,                            Case No. 3:22-cv-301

         Plaintiff,

v.                                    ORDER

University of Toledo,

         Defendant.

Pursuant to my previous Order, the parties have filed a joint status report proposing deadlines. (Doc. No. 28). In line with the request of the parties, I set the following dispositive motion briefing schedule:

1.) All dispositive motions shall be filed by November 1, 2023;

2.) All opposition briefs shall be filed by December 1, 2023;

3.) Should only one side file a dispositive motion, their reply brief shall be filed by December 15, 2023. But if both sides file a dispositive motion, no reply brief may be filed without leave of court.

All documents must be filed as PDF documents in text searchable format. All exhibits must be specifically identified. Failure to comply with these requirements will result in the Clerk's Office marking the document(s) as a filing error and counsel will be required to re-file said document to be in compliance with this order.

So Ordered.

                                                         s/ Jeffrey J. Helmick
                                                         United States District Judge