UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WENDY DAVIS, | ) | Case No.: 3:22-CV-00301 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge HELMICK |
| -vs- | ) | |
| | ) | |
| UNIVERSITY OF TOLEDO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This is before the Court on the Motion of Plaintiff for a thirty (30) day extension of time to respond to Defendant's Motion for Summary Judgment. For good cause shown, such motion is found well-taken and is hereby GRANTED.

Plaintiff shall have until January 13, 2024 in which to respond to Defendant's motion for Summary Judgment.

IT IS SO ORDERED

_____
JUDGE

1