UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Wendy F. Davis,                                    Case No. 3:22-cv-301

    Plaintiff,

v.                                                 JUDGMENT ENTRY

University of Toledo,

    Defendant.

For the reasons stated in the Memorandum Opinion and Order filed concurrently, I grant Defendant University of Toledo's motion for summary judgment. (Doc. No. 39).

So Ordered.

                                                            s/ Jeffrey J. Helmick
                                                            United States District Judge