# EXHIBIT B

```
              GENOVESE & RENO REPORTING SERVICE, LLC
                   414 N. Erie Street, Suite 100
                        Toledo, Ohio  43604
                          (419) 249-2705
```

June 12, 2023


Zashin & Rich
17 South High Street, Suite 900
Columbus, Ohio 43215 (614) 224-4411
Attn:  Drew C. Piersall

                                                                               Invoice #23-077A
                                                                               Tax I.D. #34-1826471

---

   In Re:    Wendy F. Davis vs. University of Toledo
               USDC #3:22-cv-00301


   5-17-23:  Deposition of Wendy F. Davis (Volume II)

| | |
|---|---:|
| Attendance Fee | $162.50 |
| Original - 101 pgs. @ $3.55/pg. | 358.55 |
| E-Transcript  1 @ $25/each | 25.00 |
| | _____ |
| | $546.05 |


                                        **THANK YOU!**
          **PLEASE RETURN BOTTOM PORTION WITH YOUR CHECK**
   **A LATE PAYMENT CHARGE OF 1.5% PER MONTH WILL APPLY AFTER 30 DAYS**
            **USE OF CREDIT CARD WILL RESULT IN A 3% INCREASE**

**GENOVESE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**GENOVESE**                    BILLED   6-12-23            INV. #23-077A
**PAY TO THE ORDER OF GENOVESE & RENO REPORTING SERVICE**    $546.05

```
               GENOVESE & RENO REPORTING SERVICE, LLC
                    414 N. Erie Street, Suite 100
                         Toledo, Ohio  43604
                           (419) 249-2705
```

March 20, 2023

Zashin & Rich
17 South High Street, Suite 900
Columbus, Ohio 43215 (614) 224-4411
Attn:  Drew C. Piersall

                                            Inv. #23-038
                                            Tax I.D. #34-1826471
--------------------------------------------------------------------------
   In Re:     Wendy F. Davis vs. University of Toledo
              USDC #3:22-cv-00301

   2-21-23:   Deposition of Wendy F. Davis

              Attendance Fee                              $ 455.00

              Original - 253 pgs. @ $3.55/pg.              898.15

              E-Transcript - 1 @ $25/each                   25.00
                                                         _____
                                                         $1378.15



                              THANK YOU!
             PLEASE RETURN BOTTOM PORTION WITH YOUR CHECK
     A LATE PAYMENT CHARGE OF 1.5% PER MONTH WILL APPLY AFTER 30 DAYS
             USE OF CREDIT CARD WILL RESULT IN A 3.5% INCREASE

   GENOVESE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   GENOVESE              BILLED:  3-20-23            INV. #23-038
     PAY TO THE ORDER OF GENOVESE & RENO REPORTING SERVICE    $1378.15

```
                GENOVESE & RENO REPORTING SERVICE, LLC
                     414 N. Erie Street, Suite 100
                          Toledo, Ohio  43604
                            (419) 249-2705
```

March 23, 2023

Zashin & Rich
17 South High Street, Suite 900
Columbus, Ohio 43215 (614) 224-4411
Attn:  Drew C. Piersall

```
                                          Inv. #23-036A
                                          Tax I.D. #34-1826471
```

---

In Re:    Wendy F. Davis vs. University of Toledo
          USDC #3:22-cv-00301

2-17-23:  Deposition of Matthew J. Schroeder

              Copy - 197 pgs. @ $2.95/pg.                $581.15

              E-Transcript - 1 @ $25/each                  25.00
                                                         $606.15


                              THANK YOU!
              PLEASE RETURN BOTTOM PORTION WITH YOUR CHECK
       A LATE PAYMENT CHARGE OF 1.5% PER MONTH WILL APPLY AFTER 30 DAYS
                USE OF CREDIT CARD WILL RESULT IN A 3% INCREASE

GENOVESE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GENOVESE                BILLED   3-23-23           INV. #23-036A
PAY TO THE ORDER OF GENOVESE & RENO REPORTING SERVICE    $606.15