UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Wendy F. Davis,            Case No. 3:22-cv-301

    Plaintiff,

v.            ORDER

University of Toledo,

    Defendant.

Defendant's motion for taxation of costs is denied without prejudice pending appeal. (Doc. No. 49).

So Ordered.

           s/ Jeffrey J. Helmick
           United States District Judge